**No. 11-321. Adolfus O'Brian Giles, Petitioner v. Wal-Mart Stores East, LP.**

565 U.S. 979, 132 S. Ct. 521, 181 L. Ed. 2d 351, 2011 U.S. LEXIS 7743.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 426 Fed. Appx. 816.

**No. 11-325. Daniel B. Allison, II, former Attorney of Record for the Estate of Mary V. Allison, Donor, Deceased, Petitioner v. Commissioner of Internal Revenue.**

565 U.S. 979, 132 S. Ct. 522, 181 L. Ed. 2d 351, 2011 U.S. LEXIS 7870.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 866.

**No. 11-328. Thomas Stine, Petitioner v. United States.**

565 U.S. 979, 132 S. Ct. 522, 181 L. Ed. 2d 351, 2011 U.S. LEXIS 7827.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 417 Fed. Appx. 979.

**No. 11-330. Alexander Robert Brown, Petitioner v. North Carolina.**

565 U.S. 979, 132 S. Ct. 522, 181 L. Ed. 2d 351, 2011 U.S. LEXIS 7782.

October 31, 2011. Petition for writ of certiorari to the Superior Court of North Carolina, Wake County, denied.

**No. 11-331. Douglas Paul Marcello, Petitioner v. Internal Revenue Service.**

565 U.S. 979, 132 S. Ct. 523, 181 L. Ed. 2d 351, 2011 U.S. LEXIS 7805,

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 414 Fed. Appx. 560.

**No. 11-346. American Central City, Inc., Petitioner v. Joint Antelope Valley Authority, et al.**

565 U.S. 979, 132 S. Ct. 525, 181 L. Ed. 2d 351, 2011 U.S. LEXIS 7912.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 281 Neb. 742, 807 N.W.2d 170.

**No. 11-351. Bashir Noorzai, Petitioner v. United States.**

565 U.S. 979, 132 S. Ct. 526, 181 L. Ed. 2d 351, 2011 U.S. LEXIS 7727.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 422 Fed. Appx. 54.